## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J.H., by and through his next friend, FLO MESSIER; L.C., by and through her next friend, FLO MESSIER; R.J.A., by and through his next friend, J.A.; JANE DOE, by and through her next friend, JULIA DEKOVICH; A.B., by and through his next friend, J.B.; S.S., by and through his next friend, MARION DAMICK; G.C., by and through his next friend, LUNA PATTELA; R.M., by and through his next friend, FLO MESSIER; P.S., by and through his next friend, M.A.S.; T.S., by and through his next friend, EMILY MCNALLY; M.S., by and through his next friend, EMILY MCNALLY; and ALL OTHERS SIMILARLY SITUATED, | : : : : : : : : : : : : : : : | Action No. 1:15-cv-02057-SHR |
| Plaintiffs | : | |
| v. | : | CLASS ACTION |
| | : | |
| TERESA D. MILLER, in her official capacity as SECRETARY OF THE PENNSYLVANIA DEPARTMENT OF HUMAN SERVICES; EDNA I. MCCUTCHEON, in her official capacity as the CHIEF EXECUTIVE OFFICER OF NORRISTOWN STATE HOSPITAL; VALERIE VICARI, in her official capacity as the CHIEF EXECUTIVE OFFICER OF TORRANCE STATE HOSPITAL, | : : : : : : : : : | |
| Defendants | : | |

## **ORDER**

AND NOW, this __23rd__ day of April, 2019, upon consideration of the

Defendants' Unopposed Motion for Extension of Time to File a Brief in

Opposition to Plaintiffs' Second Renewed and Amended Motion for Preliminary

Injunction, it is hereby ORDERED that the Motion is GRANTED.  Defendants

shall file a Brief in Opposition by April 23, 2019.

BY THE COURT:

s/Sylvia H. Rambo
Sylvia H. Rambo, District Judge
United States District Court
Middle District of Pennsylvania